# UNITED STATES BANKRUPTCY COURT

### FOR THE
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

AVIJIT DEY

                    Debtor(s)

Chapter 13

Case No.  20-12378-KHK

## ORDER OF DISMISSAL

This matter came on for hearing on January 28, 2021 upon Trustee's Motion to Dismiss Case pursuant to 11 U.S.C. §1307(c).  Trustee was present. Debtor was present. Notice thereof having been given in accordance with Rule 2002, and it appearing to the court, for the reasons stated on the record, that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

ORDERED, that the debtor(s) pay the balance of the filing fee in the amount of $ -0.00-   to the Clerk of Court within ten (10) days of the date of this order; and it is further

ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330(a)(1)(B), and it is further

ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

ORDERED, that pro se Debtor is hereby advised that he has the right to appeal this Order and that in order to do so he must file a Notice of Appeal with the Clerk of the Bankruptcy Court within 14 days of entry of this Order.

If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Feb 24 2021

/s/ Klinette H Kindred
_____
Klinette H. Kindred
U. S. Bankruptcy Judge

Entered On Docket: February 24, 2021

I Ask For This:

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Order of Dismissal, Page 2
Avijit Dey
Case #20-12378-KHK

<u>Local Rule 9022-1(C) Certification</u>

Pursuant to Local Rule 9022-1(C), the foregoing order was mailed by first class mail, postage prepaid to:

Avijit Dey
3023 Sugar Lane
Vienna, VA 22181

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Avijit Dey
Chapter 13 Debtor
3023 Sugar Lane
Vienna, VA 22181

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314